JAMES B. ACKERT, SR. v. KEYSTONE AUTOMOBILE
INSURANCE COMPANY.

October 25, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. NICHOLAS BROWN.

October 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ELLA GARDNER.

October 25, 1983.

Petition for certification denied.

STEVE POSWIATOWSKI v. STANDARD CHLORINE
CHEMICAL CO.

October 25, 1983.

Petition for certification granted. (See 191 *N.J.Super.* 371)